Ken Schneider, J.D., LL.M. (Tax)
Attorney at Law
2015 - 33rd Street
Everertt, WA 98201
(425) 258-2704

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | ) IN PROCEEDINGS UNDER CH. 13 |
| HELEN JUDITH ROWE TAYLOR, | ) Case No.: 05 25299 |
| Debtor. | ) |
| HELEN JUDITH ROWE TAYLOR, | ) |
| | ) ADVERSARY NO.: 07 1152 |
| PLAINTIFF | ) RESPONSE TO MOTION FOR |
| | ) SUMMARY JUDGEMENT |
| V. | ) |
| SALLIE MAE GUARANTEE, U.S. DEPARTMENT OF EDUCATION. | ) |
| DEFENDANT(S). | ) |

Educational Credit Management Corporation (ECMC) asserts that this court does not have jurisdiction to determine the dischargeability of the debtor's student loans. This court has already ruled on the issue of the timing of filing an adversary seeking discharge of student loan debt. *In re Taylor*, 223 B.R. 747 (9th Circ. BAP 1998). Under Federal Rule of Bankruptcy 4007(b) a 523(a)(8) action can be brought at any time. Id. at 752.

ECMC asserts that the debtor cannot prove that she meets the requirements for undue hardship under the Brunner test. The court has all the information it needs in the debtor's

RESPONSE TO MOTION FOR
SUMMARY JUDGMENT - 1

Ken Schneider, J.D., LL.M. (Tax)
Attorney at Law
2015 - 33rd Street
Everett, WA 98201
(425) 258-2704

bankruptcy schedules to conclude that there is a genuine issue of fact   The debtor lists nearly $155,000.00 in outstanding student loan debt.  Her disposable income isn't even $750.00 per month.  If she were to allocate her entire disposable income towards the debt, without calculating any interest, it would take over 17 years to repay the debt.  If the debt accrues interest at 5% it will take nearly 40 years to repay the debt.  To require the debtor to repay the debt will cause her an undue financial hardship.  In order for there to be no issue of undue financial hardship it seems ECMC would have to be willing at accept $750.00 per month or less over a reasonable repayment period.  Unless ECMC is willing to accept an affordable payment over a reasonable period of time repayment of the debt will cause the debtor an undue hardship.

WHEREFORE ECMC'S motion for summary judgment should be denied.

Dated this 7th Day of June, 2007.                    /s/ Ken Schneider
                                                     Ken Schneider, WSBA #22410
                                                     Attorney for the plaintiff